**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: A.M.A.      :   No. 357 MAL 2016
                                      :
                                      :
PETITION OF: C.A., FATHER      :   Petition for Allowance of Appeal from
                                      :   the Order of the Superior Court

## ORDER

**PER CURIAM**

       **AND NOW**, this 3rd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.

 Justice Mundy did not participate in the consideration or decision of this matter.